KELLY, J.
(concurring). I concur with the majority in this case that the applicable limitations period is six years as stated in MCL 600.5839(1). I write separately to explain the difference between my decision in this case and my concurrence in Stanislawski v Calculus Constr Co, Inc, unpublished opinion per curiam of the Court of Appeals, issued April 7, 1994 (Docket No. 145467).
When I penned my concurrence in Stanislawski I was bound by Witherspoon v Guilford, 203 Mich App 240; 511 NW2d 720 (1994). See MCR 7.215(J)(1). Now that I am in the position to overturn Witherspoon and see the wisdom of doing so, I join in the decision reached by the Court in this case.